**In re Claire RODRIGUEZ–LAFRASSE, Elie Hadchity.**

No. 2014–1545.

United States Court of Appeals, Federal Circuit.

Feb. 6, 2015.

Marina T. Larson, Larson and Anderson, LLC, Dillon, CO, argued for appellants.

Jamie Lynne Simpson, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for

appellee. Also represented by Nathan K. Kelley, Jeremiah Helm.

PROST, Chief Judge, NEWMAN and BRYSON, Circuit Judges.

PER CURIAM.

## JUDGMENT

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**